1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney
2
    DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   ROBERT DAVID REES (CABN 229441)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7210
7       FAX: (415) 436-7234
        Email: robert.rees@usdoj.gov
8
    Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )   CR 15-0549 WHA
14                                      )
              Plaintiff,                )
15                                      )   STIPULATION AND [PROPOSED] ORDER TO
         v.                             )   CONTINUE STATUS HEARING
16                                      )
    NATASHA MARIE STEELE,               )
17                                      )
              Defendant.                )
18  _____ )

19          The parties are currently set for a status hearing regarding the U.S. Probation Form 12 currently

20  pending against the defendant on March 1, 2016 at 2:00PM before this honorable court.  The first

21  Charge of the Form 12 involves the defendant having been in a car with a man named Richard Turner in

22  which four firearms were found, along with a variety of phones and electronic devices among other

23  items.  Mr. Turner has been charged by the United States Attorney's Office with being a felon in

24  possession of a firearm in a separate case, number CR 16-34 MMC.  The prosecutor assigned to that

25  case has obtained the phones and electronic devices and intends to obtain a search warrant for them

26  within approximately one to two weeks.  The parties in this matter agree that those searches are likely to

27  reveal evidence relevant to this proceeding and that would likely be introduced at an evidentiary hearing

28  in this matter as either inculpatory or exculpatory, depending on what is on the devices.  Because the

STIPULATION TO CONTINUE
CR 15-0549 WHA

1   defendant resides in far Northern California, the parties seek to stipulate a continuance by this filing so

2   as to avoid a long trip by the defendant.  Accordingly, with the approval of the Court, and for good

3   cause shown, the parties stipulate and agree to continue the status hearing currently scheduled for March

4   1, 2016 at 2:00PM to March 22, 2016 at 2:00PM.  No Speedy Trial Act exclusion is necessary because

5   this is a post-conviction proceeding.

6

7   IT IS SO STIPULATED

8

9   DATED:  February 26, 2016                    BRIAN J. STRETCH
                                                 Acting United States Attorney
10

11                                              _____/s_____
                                                ROBERT DAVID REES
12                                              Assistant United States Attorney

13

14   DATED:  February 26, 2016                   _____/s_____
                                                 SARAH POTTER, ESQ.
15                                               Counsel for defendant Natasha Marie Steele

16

17                                   [~~PROPOSED~~] ORDER

18           For the good cause stated above, IT IS HEREBY ORDERED that the status hearing currently set

19   for March 1, 2016 be vacated and continued to March 22, 2016 at 2:00PM.

20

21

22   DATED:  February 29, 2016.                  _____
                                                 HON. WILLIAM H. ALSUP
23                                               UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION TO CONTINUE
CR 15-0549 WHA