1 | BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7210

7 | FAX: (415) 436-7234
Email: robert.rees@usdoj.gov

8

Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,       )   CR 15-0549 WHA
                                   )
15 |       Plaintiff,                )
                                   )   STIPULATION AND [PROPOSED] ORDER TO
16 |   v.                           )   CONTINUE STATUS HEARING
                                   )
17 | NATASHA MARIE STEELE,          )
                                   )
18 |       Defendant.                )

19      The parties are currently set for a status hearing regarding the U.S. Probation Form 12 currently

20 pending against the defendant on March 22, 2016 at 2:00PM before this honorable court. The first

21 Charge of the Form 12 involves the defendant having been in a car with a man named Richard Turner in

22 which four firearms were found, along with a variety of phones and electronic devices among other

23 items. Mr. Turner has been charged by the United States Attorney's Office with being a felon in

24 possession of a firearm in a separate case, number CR 16-34 MMC. The prosecutor assigned to that

25 case has obtained a search warrant for those phones and electronic devices, but the searches are still

26 pending. The parties in this matter agree that those searches are likely to reveal evidence relevant to this

27 proceeding and that would likely be introduced at an evidentiary hearing in this matter as either

28 inculpatory or exculpatory, depending on what is on the devices. Because the defendant resides in far

STIPULATION TO CONTINUE
CR 15-0549 WHA

1  Northern California, the parties seek to stipulate a continuance by this filing so as to avoid a long trip by
2  the defendant.  Accordingly, with the approval of the Court, and for good cause shown, the parties
3  stipulate and agree to continue the status hearing currently scheduled for March 22, 2016 at 2:00PM to
4  May 3, 2016 at 2:00PM.  The length of the continuance is necessary because each counsel's schedule
5  prevents an earlier date.  No Speedy Trial Act exclusion is necessary because this is a post-conviction
6  proceeding.

8  IT IS SO STIPULATED

10 DATED:  March 21, 2016            BRIAN J. STRETCH
                                     Acting United States Attorney

12                                   _____/s_____
                                     ROBERT DAVID REES
13                                   Assistant United States Attorney

15 DATED:  March 21, 2016            _____/s_____
                                     SARAH POTTER, ESQ.
16                                   Counsel for defendant Natasha Marie Steele

18                              [PROPOSED] ORDER

19     For the good cause stated above, IT IS HEREBY ORDERED that the status hearing currently set
20 for March 22, 2016 be vacated and continued to May 3, 2016 at 2:00PM.

23 DATED:  March 21, 2016.           _____
                                     HON. WILLIAM H. ALSUP
24                                   UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
CR 15-0549 WHA